UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11054-GAO

POLYONE CORPORATION,
Plaintiff,

v.

CELLECT, LLC,
Defendant.

ORDER
May 19, 2011

O'TOOLE, D.J.

The motions (dkt. nos. 54 & 56) to withdraw are DENIED. The motion (dkt. no. 53) for extension of time is GRANTED. Any opposition to the motion (dkt. no. 48) for summary judgment shall be filed with its supporting materials within twenty-one days of this order.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge