UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11054-GAO

POLYONE CORPORATION,
Plaintiff,

v.

CELLECT, LLC,
Defendant.

ORDER
September 29, 2011

O'TOOLE, D.J.

Polyone's Motion (dkt. no. 48) for Summary Judgment is GRANTED. As of December 30, 2010, Cellect owed $935,686.51, including interest. Nine months have now past with interest accruing at a rate of 1.5% per month. Summary judgment is thus entered for Polyone in the amount of $1,069,854.58.

Polyone's Motion (dkt. no. 61) for Sanctions is GRANTED against Cellect, LLC. The Court shall enter sanctions in an appropriate sum based on submissions to be filed with this Court within fourteen days of this Order.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge