UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11054-GAO

POLYONE CORPORATION,
Plaintiff,

v.

CELLECT, LLC,
Defendant.

ORDER
February 28, 2012

O'TOOLE, D.J.

In accordance with the Court's Order of September 29, 2011, Polyone has submitted documents to help demonstrate the appropriate sum due by Cellect as sanctions. Having reviewed these documents, I find that the amounts requested by Polyone are appropriate. Accordingly, Cellect is obligated, as its sanction, to pay Polyone the amount of $203,969.88 plus post-judgment interest.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge